801 A.2d 1209

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Russell Wesley MOSS, Respondent.**

**No. 747 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 19, 2002.

*O R D E R*

PER CURIAM:

AND NOW, this 19th day of June, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 19, 2002, the Petition for Review and response thereto, it is hereby

ORDERED that Russell Wesley Moss be and he is DISBARRED from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs· to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.